# Laura Hobbs

| | |
|---|---|
| **From:** | JPMLCMECF |
| **Sent:** | Friday, December 16, 2022 8:14 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 3066 IN RE: RealPage, Inc., Rental Software Antitrust Litigation Order Deeming Motion Moot |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/16/2022 at 11:13 AM EST and filed on 12/16/2022

| | |
|---|---|
| **Case Name:** | IN RE: RealPage, Inc., Rental Software Antitrust Litigation |
| **Case Number:** | MDL No. 3066 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/16/2022** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER DEEMING MOTION MOOT ([1] in MDL No. 3066), ([4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| **Case Name:** | Johnson v. RealPage Inc et al |
| **Case Number:** | WAW/2:22-cv-01734 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/16/2022** | |
| **Document Number:** | 3 |

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| Case Name: | Alvarez et al v. RealPage Inc et al |
| Case Number: | WAW/2:22-cv-01617 |
| Filer: | |

**WARNING: CASE CLOSED on 12/16/2022**

Document Number: 3

Docket Text:
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| Case Name: | Navarro v. RealPage Inc et al |
| Case Number: | WAW/2:22-cv-01552 |
| Filer: | |

**WARNING: CASE CLOSED on 12/16/2022**

Document Number: 3

Docket Text:
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| Case Name: | Armas et al v. RealPage Inc et al |
| Case Number: | WAW/2:22-cv-01726 |
| Filer: | |

**WARNING: CASE CLOSED on 12/16/2022**

Document Number: 3

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| **Case Name:** | Morgan et al v. RealPage Inc et al |
| **Case Number:** | WAW/2:22-cv-01712 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/16/2022** | |
| **Document Number:** 3 | |

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| **Case Name:** | Lazarte v. RealPage, Inc. et al |
| **Case Number:** | CAN/4:22-cv-06904 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/16/2022** | |
| **Document Number:** 3 | |

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| **Case Name:** | Crook v. RealPage, Inc. et al |
| **Case Number:** | CAS/3:22-cv-01907 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/16/2022** | |

**Document Number:** 3

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

| | |
|---|---|
| **Case Name:** | Cherry et al v. RealPage Inc et al |
| **Case Number:** | WAW/2:22-cv-01618 |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/16/2022**

**Document Number:** 3

**Docket Text:**
**ORDER DEEMING MOTION MOOT ( [1] in MDL No. 3066), ( [4] in MDL No. 3066)**

**THIS MDL IS CLOSED**

**Signed by Clerk of the Panel John W. Nichols on 12/16/2022.**

**Associated Cases: MDL No. 3066, CAN/4:22-cv-06904, CAS/3:22-cv-01907, WAW/2:22-cv-01552, WAW/2:22-cv-01617, WAW/2:22-cv-01618, WAW/2:22-cv-01712, WAW/2:22-cv-01726, WAW/2:22-cv-01734 (JC)**

**MDL No. 3066 Notice has been electronically mailed to:**

**MDL No. 3066 Notice will not be electronically mailed to:**

**WAW/2:22-cv-01734 Notice has been electronically mailed to:**

Daniel G Swanson     dswanson@gibsondunn.com, lrocha@gibsondunn.com

Steve W. Berman     steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, jconte@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

W. Joseph Bruckner     wjbruckner@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com

Britt Marie Miller     bmiller@mayerbrown.com, courtnotification@mayerbrown.com

William Leitzsey Monts, III     william.monts@hoganlovells.com

Heidi M. Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, hxbareentto@locklaw.com

Michael Scarborough     mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com,

jcampos@sheppardmullin.com

Gregory J. Casas     casasg@gtlaw.com

Paul C Cuomo     Cuomop@howrey.com

James G Kress     james.kress@bakerbotts.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Brian D. Clark     bdclark@locklaw.com, lgn-bdclark@ecf.courtdrive.com

Robert James Herrington     herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers     ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard     dballard@sheppardmullin.com

Rebecca A. Peterson     rapeterson@locklaw.com, bgilles@locklaw.com

Michael M Maddigan     michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Daniel Fenske     dfenske@mayerbrown.com

Jose Dino Vasquez     dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

Kate M. Baxter-Kauf     kmbaxter-kauf@locklaw.com, jpgramlich@locklaw.com

Breanna Le Van Engelen     breannav@hbsslaw.com

Jay P Srinivasan     jsrinivasan@gibsondunn.com

Ben A. Sherwood     bsherwood@gibsondunn.com

Benjamin I VandenBerghe     biv@montgomerypurdue.com

Michael J Perry     mjperry@gibsondunn.com

Arman Oruc     aoruc@goodwinlaw.com

Danny David     danny.david@bakerbotts.com

Carl W Hittinger     chittinger@bakerlaw.com

Becky L. Caruso     carusob@gtlaw.com

Charles Howard Samel     charles.samel@stoel.com

George A. Guthrie     gguthrie@wilkefleury.com

**WAW/2:22-cv-01734 Notice will not be electronically mailed to:**

The Irvine Company LLC
550 Newport Center Drive
Newport Beach, CA 92660

**WAW/2:22-cv-01617 Notice has been electronically mailed to:**

Daniel G Swanson     dswanson@gibsondunn.com, lrocha@gibsondunn.com

Britt Marie Miller     bmiller@mayerbrown.com, courtnotification@mayerbrown.com

William Leitzsey Monts, III     william.monts@hoganlovells.com

Jay Edelson     jedelson@edelson.com, 5923412420@filings.docketbird.com, brichman@edelson.com, dmindell@edelson.com, docket@edelson.com, movca@edelson.com

Michael Scarborough     mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com, jcampos@sheppardmullin.com

Gregory J. Casas     casasg@gtlaw.com

Paul C Cuomo     Cuomop@howrey.com

James G Kress     james.kress@bakerbotts.com

Benjamin H Richman     brichman@edelson.com, 8293072420@filings.docketbird.com, docket@edelson.com

Belinda S Lee     Belinda.Lee@lw.com, belinda-lee-0483@ecf.pacerpro.com, sf-litigation-services-4917@ecf.pacerpro.com, sflitigationservices@lw.com

Rafey S Balabanian     rbalabanian@edelson.com, 5926930420@filings.docketbird.com, bthomassen@edelson.com, docket@edelson.com, erapp@edelson.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Laurie A. Novion     lnovion@shb.com

Robert James Herrington     herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers     ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard     dballard@sheppardmullin.com

David Mindell     dmindell@edelson.com

Michael M Maddigan    michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Darin Sands    dsands@bradleybernsteinllp.com

Daniel Fenske    dfenske@mayerbrown.com

Todd M Logan    tlogan@edelson.com, 4054100420@filings.docketbird.com

Curt Roy Hineline    chineline@bakerlaw.com

Jose Dino Vasquez    dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

Heidi B Bradley    hbradley@bradleybernsteinllp.com

Jay P Srinivasan    jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Alexander G Tievsky    atievsky@edelson.com

Nathan Paine    npaine@karrtuttle.com

Jason J Hoeft    jhoeft@karrtuttle.com

Jacque Elizabeth St Romain    jstromain@karrtuttle.com

Joshua R.M. Rosenberg    jrosenberg@karrtuttle.com

Benjamin I VandenBerghe    biv@montgomerypurdue.com

Kaya Lurie    klurie@montgomerypurdue.com

Yaman Salahi    tlogan@edelson.com

P. Solange Hilfinger-Pardo    shilfingerpardo@edelson.com

Michael J Perry    mjperry@gibsondunn.com

Arman Oruc    aoruc@goodwinlaw.com

Danny David    danny.david@bakerbotts.com

Carl W Hittinger    chittinger@bakerlaw.com

Becky L. Caruso    carusob@gtlaw.com

Charles Howard Samel    charles.samel@stoel.com

George A. Guthrie    gguthrie@wilkefleury.com

Ryan Sandrock     rsandrock@shb.com

Tyson Y Herrold     therrold@bakerlaw.com

Alyse F Stach     astach@bakerlaw.com

**WAW/2:22-cv-01617 Notice will not be electronically mailed to:**

**WAW/2:22-cv-01552 Notice has been electronically mailed to:**

Daniel G Swanson     dswanson@gibsondunn.com, lrocha@gibsondunn.com

Steve W. Berman     steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, jconte@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Ian Simmons     isimmons@omm.com, cbyrd@omm.com, ian-simmons-4931@ecf.pacerpro.com

Timothy R. Beyer     tim.beyer@bclplaw.com

William Leitzsey Monts, III     william.monts@hoganlovells.com

Leah Brannon     lbrannon@cgsh.com, dc-managingclerk@cgsh.com, dcmaofiling@cgsh.com

Fred B Burnside     fredburnside@dwt.com

Emily J. Brubaker Harris     eharris@corrcronin.com, ebrubaker@corrcronin.com

Kenneth Reinker     kreinker@cgsh.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

STEPHEN MCINTYRE     smcintyre@omm.com, stephen-mcintyre-1765@ecf.pacerpro.com

Michael M Maddigan     michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Jeremy J. Calsyn     jcalsyn@cgsh.com

Darin Sands     dsands@bradleybernsteinllp.com

Jason M. Powers     jpowers@velaw.com

Angelo M Russo     arusso@mcguirewoods.com

Amy Beth Manning     amanning@mcguirewoods.com

Breanna Le Van Engelen     breannav@hbsslaw.com

Rio S Pierce     riop@hbsslaw.com

Hannah K Song    hannahso@hbsslaw.com

MaryAnn T Almeida    maryannalmeida@dwt.com

Heidi B Bradley    hbradley@bradleybernsteinllp.com

Allison K. Krashan    akrashan@schwabe.com

Cynthia Sue-Jin Park    cpark@schwabe.com

Jay P Srinivasan    jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Yonaton Rosenzweig    yonirosenzweig@dwt.com

Sarah L Hartley    sarah.hartley@bclplaw.com

Michael J Perry    mjperry@gibsondunn.com

Joseph M. Kay    jkay@cgsh.com

Timothy R. Beyer    tim.beyer@bclplaw.com

Marisa Secco Giles    mgiles@velaw.com

Noah Pinegar    noahpinegar@paulhastings.com

Devon John McCurdy    mccurdyd@lanepowell.com

**WAW/2:22-cv-01552 Notice will not be electronically mailed to:**

**WAW/2:22-cv-01726 Notice has been electronically mailed to:**

Daniel G Swanson    dswanson@gibsondunn.com, lrocha@gibsondunn.com

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, jconte@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Ian Simmons    isimmons@omm.com, cbyrd@omm.com, ian-simmons-4931@ecf.pacerpro.com

Britt Marie Miller    bmiller@mayerbrown.com, courtnotification@mayerbrown.com

E. Marcellus Williamson    marc.williamson@lw.com

William Leitzsey Monts, III    william.monts@hoganlovells.com

Michael Scarborough    mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com, jcampos@sheppardmullin.com

Gregory J. Casas    casasg@gtlaw.com

Leah Brannon    lbrannon@cgsh.com, dc-managingclerk@cgsh.com, dcmaofiling@cgsh.com

Paul C Cuomo    Cuomop@howrey.com

James G Kress    james.kress@bakerbotts.com

Belinda S Lee    Belinda.Lee@lw.com, belinda-lee-0483@ecf.pacerpro.com, sf-litigation-services-4917@ecf.pacerpro.com, sflitigationservices@lw.com

Kenneth Reinker    kreinker@cgsh.com

Benjamin Frederick Holt    benjamin.holt@hoganlovells.com

Laurie A. Novion    lnovion@shb.com

Robert James Herrington    herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman    stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers    ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard    dballard@sheppardmullin.com

STEPHEN MCINTYRE    smcintyre@omm.com, stephen-mcintyre-1765@ecf.pacerpro.com

Michael M Maddigan    michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Jeremy J. Calsyn    jcalsyn@cgsh.com

Daniel Fenske    dfenske@mayerbrown.com

Joel Dashiell Smith    jsmith@bursor.com, ecf-notices@bursor.com

Jose Dino Vasquez    dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

JEFFREY A JAECKEL    JJaeckel@mofo.com

Brittany Skye Scott    bscott@bursor.com

David Daniel Cross    dcross@mofo.com

Breanna Le Van Engelen    breannav@hbsslaw.com

Jay P Srinivasan    jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Benjamin I VandenBerghe    biv@montgomerypurdue.com

Michael J Perry     mjperry@gibsondunn.com

Arman Oruc     aoruc@goodwinlaw.com

Danny David     danny.david@bakerbotts.com

Carl W Hittinger     chittinger@bakerlaw.com

Becky L. Caruso     carusob@gtlaw.com

Charles Howard Samel     charles.samel@stoel.com

George A. Guthrie     gguthrie@wilkefleury.com

Joseph M. Kay     jkay@cgsh.com

Robert W. Manoso     rmanoso@mofo.com

Sydney K. Cooper     scooper@mofo.com

Lynn H. Murray     lhmurray@shb.com

Ryan Sandrock     rsandrock@shb.com

Brittany S Scott     bscott@bursor.com

**WAW/2:22-cv-01726 Notice will not be electronically mailed to:**

B/T Washington, LLC d/b/a Blanton Turner
c/o Sean T. Durbin
801 Second Avenue, Suite 1000
Seattle, WA 98104-0000

CH Real Estate Services, LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Independence Realty Trust, Inc.
c/o CSC - Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202

**WAW/2:22-cv-01712 Notice has been electronically mailed to:**

Daniel G Swanson     dswanson@gibsondunn.com, lrocha@gibsondunn.com

Steve W. Berman     steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, jconte@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Dan Drachler     ddrachler@lchb.com, dan-drachler-6676@ecf.pacerpro.com

Ian Simmons     isimmons@omm.com, cbyrd@omm.com, ian-simmons-4931@ecf.pacerpro.com

Britt Marie Miller     bmiller@mayerbrown.com, courtnotification@mayerbrown.com

Eric L. Cramer     ecramer@bm.net

E. Marcellus Williamson     marc.williamson@lw.com

William Leitzsey Monts, III     william.monts@hoganlovells.com

Michael Scarborough     mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com, jcampos@sheppardmullin.com

Gregory J. Casas     casasg@gtlaw.com

Leah Brannon     lbrannon@cgsh.com, dc-managingclerk@cgsh.com, dcmaofiling@cgsh.com

Paul C Cuomo     Cuomop@howrey.com

James G Kress     james.kress@bakerbotts.com

Belinda S Lee     Belinda.Lee@lw.com, belinda-lee-0483@ecf.pacerpro.com, sf-litigation-services-4917@ecf.pacerpro.com, sflitigationservices@lw.com

Jeffrey Bank     jbank@wsgr.com, ageritano@wsgr.com

Kenneth Reinker     kreinker@cgsh.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Laurie A. Novion     lnovion@shb.com

Robert James Herrington     herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers     ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard     dballard@sheppardmullin.com

Dean M. Harvey     dharvey@lchb.com, dean-harvey-7714@ecf.pacerpro.com, lchan@lchb.com

STEPHEN MCINTYRE     smcintyre@omm.com, stephen-mcintyre-1765@ecf.pacerpro.com

Swathi Bojedla     sbojedla@hausfeld.com

Michael M Maddigan     michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Jeremy J. Calsyn    jcalsyn@cgsh.com

Daniel Fenske    dfenske@mayerbrown.com

Curt Roy Hineline    chineline@bakerlaw.com

Daniel J. Walker    dwalker@bm.net

Gary I. Smith    gsmith@hausfeld.com

Katie R Beran    kberan@hausfeld.com

Jose Dino Vasquez    dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

JEFFREY A JAECKEL    JJaeckel@mofo.com

David Daniel Cross    dcross@mofo.com

Christopher D. Kercher    christopherkercher@quinnemanuel.com

Michael Domenic Bonanno    mikebonanno@quinnemanuel.com

Michaela Wallin    mwallin@bm.net

Jason Scott Hartley    hartley@hartleyllp.com

Breanna Le Van Engelen    breannav@hbsslaw.com

Rio S Pierce    riop@hbsslaw.com

Hannah K Song    hannahso@hbsslaw.com

Jay P Srinivasan    jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Benjamin I VandenBerghe    biv@montgomerypurdue.com

Michael J Perry    mjperry@gibsondunn.com

Arman Oruc    aoruc@goodwinlaw.com

Danny David    danny.david@bakerbotts.com

Carl W Hittinger    chittinger@bakerlaw.com

Becky L. Caruso    carusob@gtlaw.com

Charles Howard Samel    charles.samel@stoel.com

George A. Guthrie    gguthrie@wilkefleury.com

Joseph M. Kay   jkay@cgsh.com

Robert W. Manoso   rmanoso@mofo.com

Sydney K. Cooper   scooper@mofo.com

Lynn H. Murray   lhmurray@shb.com

Ryan Sandrock   rsandrock@shb.com

Brendan P Glackin   bglackin@lchb.com

David T Rudolph   drudolph@lchb.com

Janet M. Herold   jherold@justicecatalyst.org

Benjamin D. Elga   belga@justicecatalyst.org

Lucy B. Bansal   lbansal@justicecatalyst.org

Tyson Y Herrold   therrold@bakerlaw.com

Alyse F Stach   astach@bakerlaw.com

Michaela L Wallin   mwallin@bm.net

**WAW/2:22-cv-01712 Notice will not be electronically mailed to:**

Bozzuto Management Company
c/o CT Corporation System
711 Capitol Way South, Suite 204
Olympia, WA 98501

CWS Apartment Homes LLC
c/o Lauretta Anderson
234 West 22nd Avenue
Spokane, WA 99203-1954

ConAm Management Corporation
c/o The Prentice-Hall Corporation System, Inc.
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

Cortland Partners, LLC
3424 Peachtree Road NE, Suite 300
Atlanta, GA 30326

Mission Rock Residential, LLC
c/o CT Corporation System
711 Capitol Way South, Suite 204
Olympia, WA 98501-1267

Morgan Group, Inc.
3000 Richmond Avenue
Houston, TX 77098

Prometheus Real Estate Group, Inc.
c/o Paracorp Incorporated
106 5th Avenue SE
Olympia, WA 98501

RPM Living LLC
c/o Cogency Global Inc.
1780 Barnes Blvd. SW
Tumwater, WA 98512-0410

Sares Regis Group Operating, Inc
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660

The Irvine Company LLC
550 Newport Center Drive
Newport Beach, CA 92660

ZRS Management, LLC
2001 Summit Park Drive, Suite 300
Orlando, FL 32810

**CAN/4:22-cv-06904 Notice has been electronically mailed to:**

Brett H. Cebulash    bcebulash@tcllaw.com

Daniel G Swanson    dswanson@gibsondunn.com, lrocha@gibsondunn.com

Kenneth A. Wexler    kaw@wbe-llp.com, wbe-ecf@ecf.courtdrive.com

Dennis Stewart    dstewart@gustafsongluek.com, office@hulettharper.com

Britt Marie Miller    bmiller@mayerbrown.com, courtnotification@mayerbrown.com

Daniel C. Hedlund    dhedlund@gustafsongluek.com

David M Cialkowski    david.cialkowski@zimmreed.com, heidi.cuppy@zimmreed.com, julianne.vannorman@zimmreed.com

William Leitzsey Monts, III    william.monts@hoganlovells.com

Gregory J. Casas    casasg@gtlaw.com

Leah Brannon    lbrannon@cgsh.com, dc-managingclerk@cgsh.com, dcmaofiling@cgsh.com

Paul C Cuomo    Cuomop@howrey.com

James G Kress    james.kress@bakerbotts.com

Kenneth Reinker     kreinker@cgsh.com

Daniel E Gustafson     dgustafson@gustafsongluek.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Robert James Herrington     herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Kevin S. Landau     klandau@tcllaw.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

James Gerard Beebe Dallal     jdallal@cpmlegal.com

Elizabeth Tran Castillo     ecastillo@cpmlegal.com

Edward C. Duckers     ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

STEPHEN MCINTYRE     smcintyre@omm.com, stephen-mcintyre-1765@ecf.pacerpro.com

Eliot A. Adelson     eadelson@mofo.com, THernandez@mofo.com, eliot-adelson-6184@ecf.pacerpro.com

Adam John Zapala     azapala@cpmlegal.com, adelavan@cpmlegal.com, ecastillo@cpmlegal.com, jlein@cpmlegal.com, jverducci@cpmlegal.com, mcaylao@cpmlegal.com

Michael M Maddigan     michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Jeremy J. Calsyn     jcalsyn@cgsh.com

Daniel Fenske     dfenske@mayerbrown.com

Jose Dino Vasquez     dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

JEFFREY A JAECKEL     JJaeckel@mofo.com

David Daniel Cross     dcross@mofo.com

Daniel J. Nordin     dnordin@gustafsongluek.com

Ian McFarland     ian.mcfarland@zimmreed.com

Justin Nicholas Boley     jnb@wbe-llp.com

Margaret Shadid     ms@wbe-llp.com

Melinda J. Morales     mjm@wbe-llp.com

Jay P Srinivasan     jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Benjamin I VandenBerghe    biv@montgomerypurdue.com

Shashi K. Gowda    sgowda@gustafsongluek.com

Gwendolyn Nelson    gnelson@tcllaw.com

Michael J Perry    mjperry@gibsondunn.com

Carl W Hittinger    chittinger@bakerlaw.com

Becky L. Caruso    carusob@gtlaw.com

Charles Howard Samel    charles.samel@stoel.com

George A. Guthrie    gguthrie@wilkefleury.com

Joseph M. Kay    jkay@cgsh.com

Robert W. Manoso    rmanoso@mofo.com

Sydney K. Cooper    scooper@mofo.com

Jagannathan P Srinivasan    jsrinivasan@gibsondunn.com

Daniel Glen Swanson    dswanson@gibsondunn.com

**CAN/4:22-cv-06904 Notice will not be electronically mailed to:**

**CAS/3:22-cv-01907 Notice has been electronically mailed to:**

Daniel G Swanson    dswanson@gibsondunn.com, lrocha@gibsondunn.com

Britt Marie Miller    bmiller@mayerbrown.com, courtnotification@mayerbrown.com

Todd M. Schneider    tschneider@schneiderwallace.com, kwinter@schneiderwallace.com

William Leitzsey Monts, III    william.monts@hoganlovells.com

Michael Scarborough    mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com, jcampos@sheppardmullin.com

Gregory J. Casas    casasg@gtlaw.com

Paul C Cuomo    Cuomop@howrey.com

James G Kress    james.kress@bakerbotts.com

Benjamin Frederick Holt    benjamin.holt@hoganlovells.com

Robert James Herrington    herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman    stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers    ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard    dballard@sheppardmullin.com

Michael M Maddigan    michael.maddigan@hoganlovells.com, mae.chester@hoganlovells.com, ramona.altamirano@hoganlovells.com

Daniel Fenske    dfenske@mayerbrown.com

Matthew Sinclair Weiler    mweiler@schneiderwallace.com

Peter B. Schneider    pschneider@schneiderwallace.com, eharris@schneiderwallace.com, whogg@schneiderwallace.com

Jose Dino Vasquez    dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

Jay P Srinivasan    jsrinivasan@gibsondunn.com

Ben A. Sherwood    bsherwood@gibsondunn.com

Benjamin I VandenBerghe    biv@montgomerypurdue.com

Michael J Perry    mjperry@gibsondunn.com

Arman Oruc    aoruc@goodwinlaw.com

Danny David    danny.david@bakerbotts.com

Carl W Hittinger    chittinger@bakerlaw.com

Becky L. Caruso    carusob@gtlaw.com

Charles Howard Samel    charles.samel@stoel.com

George A. Guthrie    gguthrie@wilkefleury.com

**CAS/3:22-cv-01907 Notice will not be electronically mailed to:**

**WAW/2:22-cv-01618 Notice has been electronically mailed to:**

Daniel G Swanson    dswanson@gibsondunn.com, lrocha@gibsondunn.com

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, jconte@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

William Leitzsey Monts, III    william.monts@hoganlovells.com

Michael Scarborough     mscarborough@sheppardmullin.com, ShiKim@sheppardmullin.com, jcampos@sheppardmullin.com

Gregory J. Casas     casasg@gtlaw.com

Paul C Cuomo     Cuomop@howrey.com

James G Kress     james.kress@bakerbotts.com

Belinda S Lee     Belinda.Lee@lw.com, belinda-lee-0483@ecf.pacerpro.com, sf-litigation-services-4917@ecf.pacerpro.com, sflitigationservices@lw.com

Benjamin Frederick Holt     benjamin.holt@hoganlovells.com

Robert James Herrington     herringtonr@gtlaw.com, LALitDock@gtlaw.com, jeongk@gtlaw.com

Stephen Weissman     stephen.weissman@bakerbotts.com, sweissman@gibsondunn.com, stephen-weissman-2322@ecf.pacerpro.com

Edward C. Duckers     ed.duckers@stoel.com, docketclerk@stoel.com, dsfrost@stoel.com, rcfoster@stoel.com, reforestiere@stoel.com, smsasse@stoel.com

Dylan Ian Ballard     dballard@sheppardmullin.com

Darin Sands     dsands@bradleybernsteinllp.com

Curt Roy Hineline     chineline@bakerlaw.com

Jose Dino Vasquez     dvasquez@karrtuttle.com, hhattrup@karrtuttle.com

Breanna Le Van Engelen     breannav@hbsslaw.com

Rio S Pierce     riop@hbsslaw.com

Hannah K Song     hannahso@hbsslaw.com

Heidi B Bradley     hbradley@bradleybernsteinllp.com

Jay P Srinivasan     jsrinivasan@gibsondunn.com

Ben A. Sherwood     bsherwood@gibsondunn.com

Nathan Paine     npaine@karrtuttle.com

Jason J Hoeft     jhoeft@karrtuttle.com

Jacque Elizabeth St Romain     jstromain@karrtuttle.com

Joshua R.M. Rosenberg     jrosenberg@karrtuttle.com

Benjamin I VandenBerghe     biv@montgomerypurdue.com

Kaya Lurie     klurie@montgomerypurdue.com

Michael J Perry     mjperry@gibsondunn.com

Arman Oruc     aoruc@goodwinlaw.com

Danny David     danny.david@bakerbotts.com

Carl W Hittinger     chittinger@bakerlaw.com

Becky L. Caruso     carusob@gtlaw.com

Charles Howard Samel     charles.samel@stoel.com

George A. Guthrie     gguthrie@wilkefleury.com

Tyson Y Herrold     therrold@bakerlaw.com

Alyse F Stach     astach@bakerlaw.com

**WAW/2:22-cv-01618 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/16/2022] [FileNumber=1148989-0
] [58bc14fa2b919c2fe268f447f9c024b5d1050ad7046854ca1c80f6513d623300f2e
3d692be267cd4761b3a6d96b87f55628404cda762ba9c4e1377de125d4bf1]]